UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**HARD ROCK CAFÉ INTERNATIONAL (USA), INC.,**

Plaintiff,

-vs-                                                                 Case No. 6:11-cv-1554-Orl-JADAB

**AMERICAN HORSE, LLC and MICKI FREE,**

Defendants.

___

ORDER

This case is before the Court on Plaintiff's Motion to Remand (Doc. No. 12) filed October 4, 2011. The United States Magistrate Judge has submitted a report recommending that the motion be denied.

After an independent *de novo* review of the record in this matter, and consideration of Plaintiff's Objections to the Report and Recommendation (Doc. No. 37), and Defendants' response to Plaintiff's Objections (Doc. No. 42), Plaintiff's Objections are overruled.[1] The Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

___

[1] Plaintiff filed its Objections to the Report and Recommendation (Doc. No. 37) on January 20, 2012, and then filed the exact same document on the same day and docketed it as an Appeal of the Magistrate Judge ruling (Doc. No. 38). Since the Report and Recommendation is not an Order from the Magistrate Judge, an "Appeal" is not appropriate and the Clerk of the Court is directed to terminate Doc. No. 38.

1. That the Report and Recommendation filed January 6, 2012 (Doc. No. 36) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Plaintiff's Motion to Remand (Doc. 12) is **DENIED.**

3. This case is consolidated with Case No. 6:11-cv-1340-Orl-JADAB, Hard Rock Café International (USA), Inc. v. American Horse LLC, et al. ("Case No. 6:11-cv-1340"). Case No. 6:11-cv-1340 will be the lead case. The Clerk of the Court is directed to consolidate this case with Case No. 6:11-cv-1340, filing a copy of the Report and Recommendation (Doc. No. 36) and a copy of this Order in Case No. 6:11-cv-1340, and to thereafter close this file.

4. Plaintiff shall file an Amended Complaint in the lead case, setting forth any and all causes of action it wishes to pursue arising out of the same transaction or occurrences, within fourteen (14) days from the date of this Order.

5. Plaintiff's Motion to Dismiss Count I of Defendants' Counterclaim (Doc. No. 31) is **DENIED as moot.**

6. The parties shall meet within fourteen (14) days from the date of this Order for their Local Rule 3.05(c)(2) conference and file their Case Management Report within fourteen (14) days of their meeting.

**DONE and ORDERED** in Chambers, Orlando, Florida this __15__ day of February, 2012.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record